```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 05 B 63616
   CARRIE L BOWERS
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-0496
```

---
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 11/23/05 and confirmed on 03/16/06.

2. The plan is paid in full.

3. The Debtor paid a total of $ 13500.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| EMC MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| EMC MORTGAGE | MORTGAGE ARRE | 5258.16 | .00 | 5258.16 |
| AMERICAN GENERAL FINANCE | SECURED | 4424.68 | 424.46 | 4424.68 |
| RUSSET WEST OAKSIDE TOWN | SECURED | 1681.92 | .00 | 1681.92 |
| CAPITAL ONE BANK | UNSECURED - C | .00 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 502.62 | .00 | 113.30 |
| CAPITAL ONE BANK | UNSECURED - C | .00 | .00 | .00 |
| AXCESS RCVRY & CREDIT SO | UNSECURED | 500.00 | .00 | 112.71 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| DOMINICK CANNATA DDS | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 579.40 | .00 | 130.61 |
| NICOR GAS | UNSECURED | 380.23 | .00 | 85.71 |
| PAYDAY LOANS INC | UNSECURED | 651.00 | .00 | 146.74 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 2048.55 | .00 | 461.77 |
| ROUNDUP FUNDING LLC | UNSECURED | 200.99 | .00 | 45.31 |
| WASHINGTON MUTUAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

    Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 11364.76 | .00 | 4862.79 | .00 | 16227.55 |
| PRINCIPAL PAID | 11364.76 | .00 | 1096.15 | .00 | 12460.91 |
| INTEREST PAID | 424.46 | .00 | .00 | .00 | 424.46 |
| TOTAL PAID | 11789.22 | .00 | 1096.15 | .00 | 12885.37 |

The Debtor's attorney, ZALUTSKY & PINSKI             , was allowed $        .00 and was paid $        .00 .

The Trustee received $    614.63 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 03/16/09                       /S/
                                        GLENN STEARNS
                                      CHAPTER 13 TRUSTEE